IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 15-05006-BKT |
| CYNTHIA ENID BETANCOURT COLON | CHAPTER 13 |
| DEBTOR | |

**DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "F"**

TO THE HONORABLE COURT:

**COMES NOW, CYNTHIA ENID BETANCOURT COLON,** debtor through his undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The debtor hereby amends Schedule "F" to previously filed Schedule "F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: <u>correct notification address of unsecured claim from creditor Marta Aponte Rodriguez, C/O Lcdo. Rafael A. Diaz Alamo, PO Box 7321, Caguas PR 00726-7321, balance owed $7,150.00.</u>

**WHEREFORE,** the debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

**NOTICE**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Debtor's Motion Concerning Amendment to Schedule "F"
Case no. 15-05006-BKT13

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Cynthia Enid Betancourt Colon, to her address of record; to the creditor affected by the amendment: Marta Aponte Rodriguez C/O Lcdo. Rafael A. Diaz Alamo, PO Box 7321, Caguas PR 00726-7321; and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 15th day of July, 2015.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

B6F (Official Form 6F) (12/07)

IN RE BETANCOURT COLON, CYNTHIA ENID     Case No. 3:15-bk-5006
Debtor(s)     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00020306165-0 <br> AAA <br> PO Box 70101 <br> San Juan, PR 00936-8101 | | | Utility Bill arrears residential located at Urb Villa Carolina #45-6 41 street in Carolina, PR | | | | 3,058.40 |
| ACCOUNT NO. 2585571000 <br> AEE <br> PO BOX 372828 <br> CAYEY, PR 00737-2828 | | | Utility Bill Turabo Gardens S21 C24 in Caguas PR | | | | 3,975.59 |
| ACCOUNT NO. XXX-XX-4650 <br> Autoridad De Carreteras De PR <br> PO Box 11889 <br> San Juan, PR 00922-1889 | | | #Ticket: 0016532427-1 =$16.20; #Ticket:0016532426-1 =$15.60; #Ticket: 0016532428-1 =$15.60; #Ticket: 0016497964-1 =$15.60; #Ticket: 0016497963-1 =$16.50; #Ticket: 0016472756-1 =$16.00; #Ticket: 0016472757-1 =$16.00; #Ticket: 0016477813-1 =$16.00; #Ticket: 0016477814-1 =$16.00; #Ticket: 0016477816-1 =$16.50; #Ticket: 0016477815-1 =$16.50; #Ticket: 0016477817-1 =$16.00; #Ticket: 00164883149-1 =$16.50; #Ticket: 0016483150-1 =$15.60; #Ticket: 0016477818-1 =$16.00; #Ticket: 0016465272-1 =$16.50; 0016450381-1 =$16.50; #Ticket: 0016465273-1 =$15.60 | | | | 289.20 |
| ACCOUNT NO. XXX-XX-4650 <br> Depto De Transportacion Y Obras Publicas <br> PO Box 41269 <br> San Juan, PR 00940-1269 | | | #Ticket: 32788587 =$25.00; #Ticket: 31276065 =$50.00; #Ticket: 31276066 =$25.00; #Ticket: 26800938 =$250.00; #Ticket: 26834476 =$50.0; #Ticket: 27419603 =$50.00; #Ticket: 28223433 =$50.00; #Ticket: 27409004 =$50.00 | | | | 550.00 |

___1___ continuation sheets attached

Subtotal (Total of this page) $ 7,873.19

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE BETANCOURT COLON, CYNTHIA ENID  Case No. 3:15-bk-5006
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXX-XX-4650<br>Depto De Transportacion Y Obras Publicas<br>PO Box 41269<br>San Juan, PR 00940-1269 | | | #Ticket: 23655 =$250.00; #Ticket: 31955620 =$75.00; #Ticket: 31986175 =$75.00; #Ticket: 31591230 =$150.00 | | | | 550.00 |
| ACCOUNT NO. 1510103588901<br>Island Finance<br>PO Box 71504<br>San Juan, PR 00936 | | | INSTALLMENT ACCOUNT OPENED 9/2014<br>Ref: 1012489689 | | | | 1,293.00 |
| ACCOUNT NO. XXX-XX-4650<br>Marta Aponte Rodriguez<br>C/O Lcdo. Rafael A. Diaz Alamo<br>PO BOX 7321<br>Caguas, PR 00726-7321 | | | Rent arrears residential located at Turabo Gardens, Caguas, PR | | | | 7,150.00 |
| ACCOUNT NO. 9506480<br>Municipio Autonomo De Caguas<br>PO Box 907<br>Caguas, PR 00726 | | | Ticket Toyota Sienna<br>Tablilla: HSX057 | | | | 50.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 9,043.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 16,916.19

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE BETANCOURT COLON, CYNTHIA ENID                              Case No. 3:15-bk-5006
                    Debtor(s)                                              (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __-2-__ *schedule "F"* sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 15, 2015**           Signature: **/s/ CYNTHIA ENID BETANCOURT COLON**
                                              **CYNTHIA ENID BETANCOURT COLON**                    Debtor

Date: _____             Signature: _____
                                                                            (Joint Debtor, if any)
                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____         _____
Signature of Bankruptcy Petition Preparer                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____             Signature: _____

                                              _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO             US Bankruptcy Court District of P.R.
0104-3                                   C/O SERGIO A. RAMIREZ DE ARELLANO LAW OF  Jose V Toledo Fed Bldg & US Courthouse
Case 15-05006-BKT13                      BANCO POPULAR CENTER, SUITE 1022          300 Recinto Sur Street, Room 109
District of Puerto Rico                  209 MUNOZ RIVERA AVE.                    San Juan, PR 00901-1964
Old San Juan                             SAN JUAN, PR 00918-1000
Wed Jul 15 15:36:52 AST 2015

AAA                                      AEE                                      Autoridad De Carreteras De PR
PO Box 70101                             PO BOX 372828                            PO Box 11889
San Juan, PR  00936-8101                 CAYEY, PR  00737-2828                    San Juan, PR  00922-1889


Banco Popular De Puerto Rico             Depto De Transportacion Y Obras Publicas FIRST BANK
PO Box 2708                              PO Box 41269                             CONSUMER SERVICE CENTER
San Juan, PR  00936                      San Juan, PR  00940-1269                 BANKRUPTCY DIVISION -CODE 248
                                                                                  PO BOX 9146, SAN JUAN PR 00908-0146


Island Finance                           Marta Aponte Rodriguez                   Municipio Autonomo De Caguas
PO Box 71504                             Canaboncito Ward                         PO Box 907
San Juan, PR 00936-8604                  Caguas, PR  00725                        Caguas, PR 00726-0907


Oriental Pension Consultant              SANTANDER FINANCIAL D/B/A ISLAND FINANCE CYNTHIA ENID BETANCOURT COLON
1900 NW Corporate Blvd Ste 400 West      PO BOX 195369                            CAMINITO EDIFICIO 9
Boca Raton, FL  33431-8502               SAN JUAN PR 00919-5369                   APT 907
                                                                                  GURABO, PR 00778


JOSE RAMON CARRION MORALES               MONSITA LECAROZ ARRIBAS                  ROBERTO FIGUEROA CARRASQUILLO
PO BOX 9023884                           OFFICE OF THE US TRUSTEE (UST)           PO BOX 186
SAN JUAN, PR 00902-3884                  OCHOA BUILDING                           CAGUAS, PR 00726-0186
                                         500 TANCA STREET   SUITE 301
                                         SAN JUAN, PR 00901


End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17
```