IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO 15-05006-BKT |
| CYNTHIA ENID BETANCOURT COLON | CHAPTER 13 |
| DEBTOR | |

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, CYNTHIA ENID BETANCOURT COLON**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated September 18, 2015, herewith and attached to this motion.

2. This proposed amended Plan is filed to amend provisions for secured creditor Banco Popular Puerto Rico and First Bank Puerto Rico, and to provide for secured creditor Asociacion Residentes Caminito.

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated September 18, 2015.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor in the above captioned case, and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 18th day of September, 2015.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                                            Case No. **3:15-bk-5006**

**BETANCOURT COLON, CYNTHIA ENID**
_____Debtor(s)_____                                                                             Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____         ☑ AMENDED PLAN DATED: **9/18/2015**
☐ PRE  ☐ POST-CONFIRMATION                           Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **620.00** x **15** = $ **9,300.00**
$ **730.00** x **45** = $ **32,850.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **42,150.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **42,150.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,868.00**

Signed: _[signature]_
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Banco Popular De P**  Cr. _____  Cr. _____
# **8120700959281**           # _____    # _____
$ **6,590.84**                $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Asociacion Residen**  Cr. **FirstBank Of Puerto**  Cr. _____
# **907**                    # **Claim 2-1**              # _____
$ **394.34**                 $ **28,282.76**              $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **Oriental Pension Co**    **Banco Popular De P**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
* Debtor to provide ADEQUATE PROTECTION PAYMENTS to First Bank Puerto Rico through the Trustee in the sum $175.00 per month until confirmation, and to be paid retroactive to the date of the filing of the petition.
* Trustee will pay First Bank Puerto Rico (POC 2-1) concurrently with attorney's fees in a 50/50% basis.
* Debtor to provide auto insurance (Eastern America Insurance Company) upon maturity to First Bank Puerto Rico through the Plan.
* BPPR Claim #3-1; debtor proposes to pay pre and post-petition arrears (including July/2015 post-petition payment) through the Trustee; debtor to commence making current direct mortgage loan payments to BPPR in August/2015.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office** _____  Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO              FIRSTBANK PR
0104-3                                    C/O SERGIO A. RAMIREZ DE ARELLANO LAW OF  PO BOX 9146
Case 15-05006-BKT13                       BANCO POPULAR CENTER, SUITE 1022          SAN JUAN, PR 00908-0146
District of Puerto Rico                   209 MUNOZ RIVERA AVE.
Old San Juan                              SAN JUAN, PR 00918-1000
Fri Sep 18 15:21:49 AST 2015

US Bankruptcy Court District of P.R.      AAA                                       AEE
Jose V Toledo Fed Bldg & US Courthouse    PO Box 70101                              PO BOX 372828
300 Recinto Sur Street, Room 109          San Juan, PR 00936-8101                   CAYEY, PR 00737-2828
San Juan, PR 00901-1964


AEELA                                     ASOC RESIDENTES CAMINITO                  Autoridad De Carreteras De PR
P O BOX 364508                            29 CARR 189 STE ADM                       PO Box 11889
SAN JUAN PR 00936-4508                    GURABO PR 00778 3089                      San Juan, PR 00922-1889


BANCO POPULAR DE PUERTO RICO              Banco Popular De Puerto Rico              Depto De Transportacion Y Obras Publicas
PO BOX 362708                             PO Box 2708                               PO Box 41269
SAN JUAN, PR 00936-2708                   San Juan, PR 00936                        San Juan, PR 00940-1269


FIRST BANK                                Island Finance                            MARTA APONTE RODRIGUEZ
CONSUMER SERVICE CENTER                   PO Box 71504                              ATTY RAFAEL A DIAZ
BANKRUPTCY DIVISION -CODE 248             San Juan, PR 00936-8604                   PO BOX 7321
PO BOX 9146, SAN JUAN PR 00908-0146                                                 CAGUAS PR 00726 7321


Marta Aponte Rodriguez                    Municipio Autonomo De Caguas              Oriental Pension Consultant
Canaboncito Ward                          PO Box 907                                1900 NW Corporate Blvd Ste 400 West
Caguas, PR 00725                          Caguas, PR 00726-0907                     Boca Raton, FL 33431-8502


SANTANDER FINANCIAL D/B/A ISLAND FINANCE  CYNTHIA ENID BETANCOURT COLON             JOSE RAMON CARRION MORALES
PO BOX 195369                             CAMINITO EDIFICIO 9                       PO BOX 9023884
SAN JUAN PR 00919-5369                    APT 907                                   SAN JUAN, PR 00902-3884
                                          GURABO, PR 00778


MONSITA LECAROZ ARRIBAS                   ROBERTO FIGUEROA CARRASQUILLO             End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)            PO BOX 186                                Mailable recipients    22
OCHOA BUILDING                            CAGUAS, PR 00726-0186                     Bypassed recipients     0
500 TANCA STREET SUITE 301                                                          Total                  22
SAN JUAN, PR 00901
```